# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134295

BETH HOFFMAN, Personal
Representative of the Estate of
Edgar Brown, Deceased,
        Plaintiff-Appellant,

v

                         SC: 134295
                         COA: 258982
PETER BARRETT and BATTLE      Calhoun CC: 03-003576-NH
CREEK HEALTH SYSTEMS,
        Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the May 22, 2007 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Mullins v St Joseph Mercy Hosp* (Docket No. 131879) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2007                                
                                           Clerk